United States District Court
Southern District of Texas
**ENTERED**
March 21, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Aaron Synder, | § | |
| | § | |
| v. | § | C.A. Action H-21-2758 |
| | § | |
| TSI Flow Products, Inc., d/b/a | § | |
| Tech Seal International, | § | |

**ORDER**

Pursuant to the Stipulation of Dismissal With Prejudice filed on March 19, 2022, the above referenced case is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(ii). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this 21st day of March, 2022.

DAVID HITTNER
United States District Judge